USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GAIL LOCKHART,

                Plaintiff,

      -v.-

HARLEM CENTER FOR NURSING AND
REHABILITATION, LLC,

                Defendant.

---

23 Civ. 676 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

      The parties are ORDERED to submit supplemental letters, no later than **May 2, 2023**, and not to exceed five double-spaced pages each, addressing the significance, if any, of the Second Circuit's decisions in *Solomon v. St. Joseph Hosp.*, 62 F.4th 54 (2d Cir. 2023), *Rivera-Zayas v. Our Lady of Consolation Geriatric Care Ctr.*, No. 21-2164-CV, 2023 WL 2926286 (2d Cir. Apr. 13, 2023), and *Leroy v. Hume*, No. 21-2158-CV, 2023 WL 2928353 (2d Cir. Apr. 13, 2023).  Among other things, the submissions should detail whether and how the complaint in this case differs from the complaints in those cases (to the extent that such differences bear on the question of whether the Court has subject matter jurisdiction).

      The Clerk of Court is directed to lift the stay in this case.

      SO ORDERED.

Dated: April 25, 2023
       New York, New York

                                      JENNIFER H. REARDEN
                                      United States District Judge